**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
     Mesa, Kelly A.

Order Filed on May 9, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:    18-12962 JKS

Hearing Date: May 8, 2018

Judge:  John K. Sherwood

| Recommended Local Form: | ☐ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 9, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

☐      Real Property More Fully Described as:

■      Personal Property More Fully Describes as:

**2012 TOYOTA RAV4, VIN: 2T3BF4DV4CW179857**

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 7/12/16*