Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−12962−JKS
> Chapter: 7
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly A. Mesa
   606 South Broad St, Apt 5
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−7207

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 24, 2018</u>       <u>John K. Sherwood</u>
                                  Judge, United States Bankruptcy Court